CONNECTICUT STATE EMPLOYEES ASSOCIATION *v.*
DEPARTMENT OF ADMINISTRATIVE SERVICES ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 20 Conn. App. 676, is denied.

*Taka Iwashita,* assistant attorney general, in support of the petition.

*Jerome W. Paun,* in opposition.

Decided March 28, 1990